NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT


DAVID FRANKLING,          )
                                 )

        Appellant,      )
                                 )

v.                        )     Case No. 2D17-3041
                                 )

US BANK NATIONAL     )
ASSOCIATION, as trustee for  )
CMLTI 2005-7, and LAURA A.  )
DORSEY,              )
                                 )

        Appellees.     )
_____)

Opinion filed January 4, 2019.

Appeal from the Circuit Court for
Sarasota County; Frederick P.
Mercurio, Judge.

Michael Alex Wasylik of Ricardo &
Wasylik, PL, Dade City, for Appellant.

Alan M. Pierce of Liebler, Gonzalez &
Portuondo of Miami, for Appellee US
Bank National Association.

No appearance for remaining Appellee.


PER CURIAM.

        Affirmed.


NORTHCUTT, KELLY, and ROTHSTEIN-YOUAKIM, JJ., Concur.